United States District Court
Southern District of Texas
**ENTERED**
April 11, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SIDNEY RAY SNELLINGS, TDCJ # 02382954, | § § § § § § § § § § § | |
| *Plaintiff,* | | |
| v. | | Civil Action No. H-22-0687 |
| ANDY EASON, *et al.,* | | |
| *Defendants.* | | |

## MEMORANDUM OPINION AND ORDER

Plaintiff, a Montgomery County pretrial detainee at time of filing and currently a state prisoner in custody of the Texas Department of Criminal Justice, filed a *pro se* amended complaint under 42 U.S.C. § 1983 against nine defendants. He proceeds *in forma pauperis*.[1]

On February 12, 2024, the Court dismissed this lawsuit without prejudice for plaintiff's failure to state a viable claim for relief under section 1983. (Docket Entry No. 7.) The Court informed plaintiff of his pleading deficiencies and granted him leave to file an amended complaint within thirty days. Plaintiff was warned that his failure to file a timely amended complaint would result in entry of a final order and judgment dismissing this lawsuit.

---

[1] Although plaintiff is a "three strikes" prisoner who is barred by 28 U.S.C. § 1915(g) from proceeding *in forma pauperis*, he did not incur his third strike until after he filed the instant lawsuit. *See Snellings v. Garcia*, C.A. No. 6:23-cv-0119 (E.D. Tex. Oct. 10, 2023) (dismissed for failure to state a claim); *Snellings v. Supervisor Nichols*, C.A. No. 4:22-cv-0265 (S.D. Tex. Apr. 18, 2022) (dismissed as frivolous and for failure to state a claim); *Snellings v. Jennings*, C.A. No. 4:15-cv-1708 (S.D. Tex. Aug. 5, 2015) (dismissed for failure to state a claim).

To-date, and despite expiration of a reasonable period of time of nearly sixty days, plaintiff has failed to file an amended complaint or request additional time to file an amended complaint. Consequently, for the reasons set forth in the Court's earlier memorandum opinion and order, plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** for failure to state a viable claim for relief under section 1983. Any and all pending motions are **DISMISSED AS MOOT**.

This dismissal constitutes a "strike" for purposes of 28 U.S.C. § 1915(g), and stands as plaintiff's fourth strike. Plaintiff is **BARRED** from proceeding *in forma pauperis* in federal district or appellate court unless he demonstrates he is under imminent danger of serious physical injury at the time of filing.

Signed at Houston, Texas, on this the 9th day of April, 2024.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE